THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DWAYNE KEITH CRAWFORD,<br><br>Petitioner,<br><br>v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>Respondent. | CASE NO. C15-0981-JCC-BAT<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is ADOPTED.
2. This matter is DISMISSED without prejudice for failure to pay the Court's filing fee; and
3. The Clerk shall send a copy of this Order to Petitioner and to Judge Tsuchida.

//
//
//
//
//
//

1     DATED this 3rd day of August 2015.

 

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2